# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿August 11, 2016＿＿＿

*The Court of Appeals hereby passes the following order:*

**A17A0007.  RICHARD E. DANIEL v. ROBERT ADAMS, WARDEN.**

The trial court denied Richard E. Daniel's habeas corpus petition.  Daniel then filed a "Motion to Set Aside Void Judgment," which the trial court construed as a motion for reconsideration and likewise denied.  Daniel now appeals to this Court. We, however, lack jurisdiction.

The underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467 (448 SE2d 192) (1994).  The underlying subject matter of this appeal is habeas corpus.  Because the Supreme Court has jurisdiction over appeals in habeas corpus cases, see Ga. Const. of 1983, Art. VI, Sec. VI, Para. III (4), Daniel's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,＿＿08/11/2016＿＿＿
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ , *Clerk.*